UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JIMMIE HARDAWAY, JR., et al.,

                      Plaintiffs,        **NOTICE OF MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

   v.

KEVIN P. BRUEN, et al.,               Case No.: 1:22-cv-771-JLS

                      Defendants.

_____

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, declarations in support, and complaint in this action, Plaintiffs Reverend Dr. Jimmie Hardaway, Jr., Bishop Larry A. Boyd, Firearms Policy Coalition, Inc., and Second Amendment Foundation (collectively "Plaintiffs"), through counsel, will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Rule 65(a) and (b) of the Federal Rules of Civil Procedure for a temporary restraining order and preliminary injunction enjoining Defendants from enforcing unconstitutional provisions of New York's Senate Bill S51001 ("S51001") (June 30, 2022, Extraordinary Session), which violates Plaintiffs' constitutional right to keep and bear arms "outside the home." *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 142 S. Ct. 2111, 2122 (2022).

Plaintiffs respectfully request a temporary restraining order and preliminary injunction restraining Defendants and their officers, agents, servants, employees, and all persons in concert or participation with them who receive notice of the temporary restraining order and injunction, from enforcing N.Y. PENAL LAW § 265.01-e(2)(c) (places of worship), and their regulations, policies, and practices implementing it; and for such other and further relied as the Court deems

appropriate.

Plaintiffs intend to file reply papers.

    Respectfully submitted, this 14th day of October 2022.

|  |  |
|---|---|
| | /s/ Nicolas J Rotsko |
| David H. Thompson* | Nicolas J. Rotsko |
| Peter A. Patterson* | Phillips Lytle LLP |
| John W. Tienken* | One Canalside |
| Cooper & Kirk, PLLC | 125 Main Street |
| 1523 New Hampshire Avenue, N.W. | Buffalo, NY 14203-2887 |
| Washington, D.C. 20036 | (716) 847-5467 |
| (202) 220-9600 | (716) 852-6100 (fax) |
| (202) 220-9601 (fax) | NRotsko@phillipslytle.com |
| dthompson@cooperkirk.com | |
| ppatterson@cooperkirk.com | |
| jtienken@cooperkirk.com | |

*Applications for admission pro hac vice forthcoming

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

In accordance with Federal Rule of Civil Procedure 5(b)(2)(C), I hereby certify that a true and correct paper copy of the foregoing was served to Defendants by mail to the following addresses on this 14th day of October, 2022.

Kevin P. Bruen,
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226

Brian D. Seaman
Niagara County District Attorney
Niagara County Courthouse, 3rd Floor
175 Hawley St.,
Lockport, NY 14094

John J. Flynn,
Erie County District Attorney's Office
25 Delaware Ave
Buffalo, NY 14202

/s/Nicolas J. Rotsko\_\_\_
Nicolas J. Rotsko