UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF

PETER A. PATTERSON, ESQ.

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

---

**SPONSORING AFFIDAVIT**

Case No.: 1:22-cv-771-JLS

STATE OF NEW YORK  )
                                    ) ss:
COUNTY OF ERIE       )

NICOLAS J. ROTSKO, being duly sworn, deposes and says:

1. I am a partner at Phillips Lytle LLP, One Canalside, 125 Main Street, Buffalo, New York 14203.

2. I am an attorney at law, admitted to practice in the State of New York. I was admitted to practice in the United States District Court for the Western District of New York on the 16th day of February, 2013.

3. I have known Mr. Patterson since March, 2013 under the following circumstances: Phillips Lytle LLP was retained by the National Rifle Association, Inc. ("NRA") to serve as local counsel in conjunction with Mr. Patterson's law firm, Cooper & Kirk PLLC, for the NRA's *amicus curiae* participation in *New York State Rifle and Pistol Association Inc., et al. v. Andrew M. Cuomo, et al.,* Case No.: 13-cv-00291-WMS.

4. Mr. Patterson is an attorney with a reputation for the highest standards of integrity, morality, responsibility, and professionalism in the practice of law.

5. I respectfully request that Peter A. Patterson, Esq. be admitted to practice *pro hac vice* before this Court.

*[Signature]*
Nicolas J. Rotsko, Esq.

Sworn to before me, this
18th day of October, 2022

*[Signature]*
Notary Public

MARIAN SARZYNIAK
No. 01SA6206283
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires 05/18/2025

Doc #10732336.1

2