UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

IN THE MATTER OF THE APPLICATION OF

JOHN W. TIENKEN, ESQ.

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

**SPONSORING
AFFIDAVIT**

Case No.: 1:22-cv-771-JLS

---

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF ERIE        )

        NICOLAS J. ROTSKO, being duly sworn, deposes and says:

        1.      I am a partner at Phillips Lytle LLP, One Canalside, 125 Main Street, Buffalo, New York 14203.

        2.      I am an attorney at law, admitted to practice in the State of New York. I was admitted to practice in the United States District Court for the Western District of New York on the 16th day of February, 2013.

        3.      I have known Mr. Tienken since August 2022 under the following circumstances: Phillips Lytle LLP was retained by the plaintiffs in *Christian et al. v. Bruen et al.*, Case No. 22-cv-00695-JLS, to serve as local counsel in conjunction with Mr. Tienken's law firm, Cooper & Kirk PLLC.

        4.      Mr. Tienken is an attorney with a reputation for the highest standards of integrity, morality, responsibility, and professionalism in the practice of law.

5.      I respectfully request that John W. Tienken, Esq. be admitted to practice *pro hac*

*vice* before this Court.

Nicolas J. Rotsko, Esq.


Sworn to before me, this
18th day of October, 2022

Notary Public

Doc #10732482.1

MARIAN SARZYNIAK
No. 01SA6206283
Notary Public, State of New York
Qualified in Niagara County
My Commission Expires 05/18/20___