UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JIMMIE HARDAWAY, JR., et al.,

                              Plaintiffs,

   v.

KEVIN P. BRUEN, et al.,

                              Defendants.
_____

**NOTICE OF MOTION TO APPEAR *PRO HAC VICE***

Case No.: 1:22-cv-771-JLS

PLEASE TAKE NOTICE that upon the affidavit of Nicolas J. Rotsko, Esq., sworn to October 18, 2022, and the petition of John W. Tienken, Esq., sworn to October 14, 2022, and all the pleadings and proceedings herein, the plaintiffs will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Rule 83.1(i) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, admitting John W. Tienken, Esq. *pro hac vice* to represent the plaintiffs before this Court in all proceedings in this action.

Dated: Buffalo, New York
         October 18, 2022

PHILLIPS LYTLE LLP

By */s/ Nicolas J. Rotsko*
Nicolas J. Rotsko
*Attorneys for Plaintiffs*
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Telephone No.: (716) 847-8400
NRotsko@phillipslytle.com

## CERTIFICATE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5(b)(2)(C), I hereby certify that a true and correct paper copy of the foregoing was served to Defendants by mail to the following addresses on this 18th day of October, 2022.

Kevin P. Bruen,
New York State Police
1220 Washington Avenue
Building 22
Albany, NY 12226

Brian D. Seaman
Niagara County District Attorney
Niagara County Courthouse, 3rd Floor
175 Hawley St.,
Lockport, NY 14094

John J. Flynn,
Erie County District Attorney's Office
25 Delaware Ave
Buffalo, NY 14202

*/s/Nicolas J. Rotsko*
Nicolas J. Rotsko

Doc #10732433.1