UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JIMMIE HARDAWAY, JR., LARRY A. BOYD,
FIREARMS POLICY COALITION, INC., and
SECOND AMENDMENT FOUNDATION,

                              Plaintiffs,

v.

KEVIN P. BRUEN, in his official capacity as
Superintendent of the New York State Police,
BRIAN D. SEAMAN, in his official capacity
as District Attorney for the County of Niagara,
New York, and JOHN J. FLYNN, in his official capacity as District Attorney for the County
of Erie, New York,

                              Defendants.

AFFIDAVIT IN RESPONSE TO
PLAINTIFFS' MOTION FOR A
TEMPORARY RESTRAINING
ORDER AND PRELIMINARY
INJUNCTION

**Case #: 1:22-cv-00771-JLS**

---

**STATE OF NEW YORK)**
**COUNTY OF ERIE    )    ss.:**
**CITY OF BUFFALO  )**

    **JOHN J. FLYNN**, being duly sworn, deposes and says:

    1.    I, in my official capacity as District Attorney for the County of Erie, New York have been named as a defendant in the above-entitled action. As per the Notice of Limited and Special Appearance filed by my attorney, Erie County Attorney Jeremy C. Toth (Assistant Erie County Attorney Kenneth R. Kirby, of Counsel), because I have not, yet, been (properly) served with the summons and a copy of the complaint, I appear for the limited and special appearance of apprising the Court of my position relative to this litigation challenging the constitutionality of New York State's recently enacted gun control legislation.

    2.    I make this Affidavit in response to the plaintiffs' motion for a preliminary

1

injunction/temporary restraining order restraining or enjoining the defendants, including me in my official capacity, from enforcing New York State's recently enacted gun control legislation.

3. As the District Attorney for the County of Erie, New York, I am sworn to enforce the (criminal) laws of the State of New York, including but not limited to the provisions of New York State's recently enacted gun control legislation.

4. I note, however, that to the best of my knowleged, to date I have received no referrals from any police agency(ies) or other persons requesting that I prosecute anyone for violation of any of the provisions of New York State's recently enacted gun control legislation.

5. Because the recently enacted gun control legislation which the plaintiffs challenge as unconstitutional is a creature of New York State law, I respectfully leave to the State-related co-defendant the defense of the said legislation from the plaintiffs' said challenge.

Subscribed and sworn to before me this 18th day of
October, 2022 by Erie County District Attorney
John J. Flynn, by me known and to me known to
be the same.

                                                      s/ John Flynn
                                                  JOHN J. FLYNN
                                                  District Attorney for the County of
                                                  Erie, New York

s/ Sylvia Collins
NOTARY PUBLIC – STATE OF NEW YORK
Notary Public State of New York
Lic #01CO6258493
My Commission Expires on 03/26/2024

## CERTIFICATE OF SERVICE

I, Kenneth R. Kirby, hereby certify that on the 19th day of October, 2022 before 4:00 p.m., I served the foregoing, as well as John J. Flynn's Affidavit in Response to Plaintiffs' Motion for a Preliminary Injunction/Temporary Restraining Order, upon the following Plaintiffs' counsel via the Court's EM/CMF electronic filing/service system:

**PHILLIPS LYTLE LLP**
Nicolas J. Rotsko, Esq.
Attorneys for Plaintiffs
Office & P. O. Address:
One Canalside
125 Main Street
Buffalo, New York 14203-2887
Tel: (716)847-5467
Email: NRotsko@phillipslytle.com

Dated:   Buffalo, New York
October 19, 2022

**Yours, etc.,**
**JEREMY C. TOTH, ESQ.**
Attorney appearing specially and for limited purpose only for JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie, New York

By: s/Kenneth R. Kirby, Esq.
KENNETH R. KIRBY, ESQ.
Ass't. Erie Co. Att'y.
Office & P. O. Address:
Erie County Department of Law
Edward J. Rath County Office Building
95 Franklin Street, Room 1634
Buffalo, New York 14202
Tel: (716)858-2226
Email: Kenneth.kirby@erie.gov