UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
———————————————————————

JIMMIE HARDAWAY, JR.,                                    **AFFIDAVIT**
LARRY A. BOYD,
FIREARMS POLICY COALITION, INC.,
SECOND AMENDMENT FOUNDATION,                 <u>Civil Action No.:</u>
                                                        1:22-cv-00771-JLS

                        Plaintiffs,

vs.

KEVIN P. BRUEN, in his official capacity as
Superintendent of the New York State Police,
BRIAN D. SEAMAN, in his official capacity
as District Attorney for the County of
Niagara, New York, and
JOHN J. FLYNN, in his official capacity as
District Attorney for the County of Erie, New
York,

                        Defendants.
———————————————————————

State of New York      )
County of Erie         ) s.s.:
City of Buffalo        )

        Brian P. Crosby, Esq., being duly sworn, deposes and states as follows:

        1.      I am an attorney duly licensed to practice law in the Courts of the State of New

York, and I am admitted to practice before the United States District Court for the Western District

of New York.  I am a partner with the law firm of Gibson, McAskill & Crosby, LLP, co-counsel

with Niagara County Attorney Claude A. Joerg, Esq. for defendant, Brian D. Seaman, in his

official capacity as District Attorney for the County of Niagara, New York (hereinafter referred to

as "District Attorney Seaman").

2.      I submit this affidavit, together with the affidavit of Niagara County Attorney Claude A. Joerg, Esq., sworn to October 19, 2022 (hereinafter referred to as the "Joerg Affidavit"), setting forth the position of District Attorney Seaman as required by this Court.  [Docket No. 11].

3.      As is clear from the Joerg Affidavit, District Attorney Seaman does not oppose entry of a temporary restraining order for the purpose of furthering a judicial determination as to the constitutionality of New York Penal Law § 265.01-e(2)(c)(places of worship).

*s/Brian P. Crosby*

Brian P. Crosby, Esq.

Sworn to before me
this  19th  day of October, 2022.

*s/Melissa M. Morton*

Notary Public

> MELISSA M. MORTON
> Notary Public, State of New York
> Qualified in Erie County
> My Commission Expires April 14, 2024