## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMIE HARDAWAY, JR., LARRY A. BOYD, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEVEN A. NIGRELLI, in his official capacity as Superintendent of the New York State Police, BRIAN D. SEAMAN, in his official capacity as District Attorney for the County of Niagara, and JOHN J. FLYNN, in his official capacity as District Attorney for the County of Erie,<br><br>*Defendants*. | Civil Action No.<br>1:22-cv-00771-JLS |

### NOTICE OF MOTION OF EVERYTOWN FOR GUN SAFETY FOR LEAVE TO FILE AMICUS BRIEF IN OPPOSITION TO PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of William J. Taylor, Jr. ("Taylor Declaration" or "Taylor Decl."), and proposed brief with appendix of historical laws (attached as Exhibit A to the Taylor Declaration), Everytown for Gun Safety (formally, Everytown for Gun Safety Action Fund; hereafter "Everytown") will move this Court, before the Honorable John L. Sinatra, Jr., United States District Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, at a date and time to be set by the Court, for an order granting Everytown leave to file an amicus curiae brief in the above-captioned action in opposition to Plaintiffs' motion for a preliminary injunction and in support of the State's opposition to Plaintiffs' motion.

The State has no objection to Everytown's motion for leave. Defendants Seaman and Flynn take no position on the motion. And Plaintiffs have stated that they "do not object to [Everytown's] motion, so long as (1) the motion and amicus brief are filed by noon on Saturday, and (2) the brief is no longer than half the maximum length allowed for the State's opposition brief under the local rules, consistent [with] common limitations on the length of amicus briefs"—conditions that this submission has met. *See* Taylor Decl. ¶¶ 7-9.

Dated: October 28, 2022　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ William J. Taylor, Jr.
　　　　　　　　　　　　　　　　　　　　　William J. Taylor, Jr.
　　　　　　　　　　　　　　　　　　　　　Everytown Law
　　　　　　　　　　　　　　　　　　　　　450 Lexington Avenue, #4184
　　　　　　　　　　　　　　　　　　　　　New York, NY 10017
　　　　　　　　　　　　　　　　　　　　　wtaylor@everytown.org
　　　　　　　　　　　　　　　　　　　　　(646) 324-8215
　　　　　　　　　　　　　　　　　　　　　*Counsel for Amicus Curiae*
　　　　　　　　　　　　　　　　　　　　　*Everytown for Gun Safety*