UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

JIMMIE HARDAWAY, JR., LARRY A. BOYD, FIREARMS POLICY COALITION, INC., and SECOND AMENDMENT FOUNDATION,

        *Plaintiffs*,

vs.

STEVEN A. NIGRELLI, BRIAN D. SEAMAN, and JOHN J. FLYNN,

        *Defendants*.

Case No. 22-CV-00771-JLS

**NOTICE OF APPEAL**

---

    PLEASE TAKE NOTICE that Defendant Steven A. Nigrelli, sued in his official capacity as Acting Superintendent of the New York State Police, hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order entered in this matter on November 3, 2022 (ECF No. 52). The appeal is from each and every aspect of that order.

Dated:   New York, New York
           November 14, 2022

                                      LETITIA JAMES
                                      Attorney General of the State of New York
                                      <u>Attorney for Superintendent Nigrelli</u>

By: _____
                                      James M. Thompson
                                      Special Counsel
                                      28 Liberty Street
                                      New York, New York 10005
                                      (212) 416-6556
                                      james.thompson@ag.ny.gov

CC:    All counsel of record (via ECF)