UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JIMMIE HARDAWAY, JR., LARRY A. BOYD,
FIREARMS POLICY COALITION, INC., and
SECOND AMENDMENT FOUNDATION

                        Plaintiffs,

v.

                        No. 22-cv-00771 (JLS)

STEVEN A. NIGRELLI, in his official capacity as
Superintendent of the New York State Police, BRIAN D.
SEAMAN, in his official capacity as District Attorney for the
County of Niagara, and JOHN J. FLYNN, in his official
capacity as District Attorney for the County of Erie,

                        Defendants.

## NOTICE OF MOTION TO DISMISS

| | |
|---|---|
| MOTION BY: | State Defendant Nigrelli |
| RELIEF SOUGHT: | Dismissal; in the alternative, an extension of 14 days to file an answer as provided by Rule 12(a)(4)(A). |
| WHEN RETURNABLE: | As directed by the Court |
| WHERE RETURNABLE: | Hon. John L. Sinatra, Jr.<br>United States District Court<br>2 Niagara Square<br>Buffalo, New York 14202 |
| GROUNDS FOR RELIEF: | F.R.C.P. 12(b)(6); 12(a)(4)(A) |
| SUPPORTING PAPERS: | Memorandum of Law<br>Prior Pleadings [ECF Nos. 10-6, 10-7, 10-8, 10-9, and 52] |

Dated: Buffalo, New York
      December 2, 2022

                                        LETITIA JAMES
                                        Attorney General
                                        State of New York

                                        By: /s/ Ryan L. Belka
                                        RYAN L. BELKA
                                        Assistant Attorney General
                                        350 Main Place, Suite 300A
                                        Buffalo, NY 14202
                                        (716) 853-8440
                                        Ryan.Belka@ag.ny.gov

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JIMMIE HARDAWAY, JR., LARRY A. BOYD,
FIREARMS POLICY COALITION, INC., and
SECOND AMENDMENT FOUNDATION

                        Plaintiffs,

v.

                        No. 22-cv-00771 (JLS)

STEVEN A. NIGRELLI, in his official capacity as
Superintendent of the New York State Police, BRIAN D.
SEAMAN, in his official capacity as District Attorney for the
County of Niagara, and JOHN J. FLYNN, in his official
capacity as District Attorney for the County of Erie,

                        Defendants.

## CERTIFICATE OF SERVICE

      I hereby certify that on December 2, 2022, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system.

Dated: Buffalo, New York
       December 2, 2022

                        LETITIA JAMES
                        Attorney General
                        State of New York

                        By: /s/ Ryan L. Belka
                        RYAN L. BELKA
                        Assistant Attorney General
                        350 Main Place, Suite 300A
                        Buffalo, NY 14202
                        (716) 853-8440
                        Ryan.Belka@ag.ny.gov