

## Phillips Lytle LLP

**Via CMECF**  
Hon. John L. Sinatra, Jr.  
United States District Judge  
Robert H. Jackson United States Courthouse  
2 Niagara Square  
Buffalo, New York 14202-3350

May 30, 2023

Re: *Hardaway et al. v. Nigrelli et al.*; Case No. 1:22-cv-00771-JLS; Joint Status Report

Dear Judge Sinatra:

This 60-day joint status report is submitted on behalf of all parties per this Court's Text Order, issued January 30, 2023 (Dkt. 69). The Second Circuit has not issued its decision on the appeal of this Court's Decision and Order (Dkt. 52). On May 3, 2023, Penal Law § 265.01-e(2)(c) (*i.e.*, the Place of Worship Ban challenged in this lawsuit) was amended, to add an exception for "those persons responsible for security at such place of worship." **Ex. A** (Ch. 55, pt. F, § 4, 2023 N.Y. Laws). The parties submitted Rule 28(j) letters to the Second Circuit about the amendment and their views on how it affects the ongoing appeal. **Exs. B & C** (2d. Cir. Dkt. Nos. 162, without exhibit, and 164).

Respectfully submitted,

Phillips Lytle LLP

By *[signature]*

Nicolas J. Rotsko

cc: Counsel of record (via CMECF)

Doc #11194215

ATTORNEYS AT LAW
_____

NICOLAS J. ROTSKO   PARTNER   DIRECT 716 847 5467   NROTSKO@PHILLIPSLYTLE.COM
_____

ONE CANALSIDE 125 MAIN STREET BUFFALO, NEW YORK 14203-2887 PHONE (716) 847-8400 FAX (716) 852-6100 | PHILLIPSLYTLE.COM

NEW YORK: ALBANY, BUFFALO, CHAUTAUQUA, GARDEN CITY, NEW YORK, ROCHESTER | CHICAGO, IL | WASHINGTON, DC | CANADA: WATERLOO REGION