

**Via CMECF**

Hon. John L. Sinatra, Jr.  September 29, 2023
United States District Judge
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, New York 14202-3350

Re:   *Hardaway et al. v. Nigrelli et al.*; Case No. 1:22-cv-00771-JLS; Joint Status Report

Dear Judge Sinatra:

This 60-day joint status report is submitted on behalf of all parties per this Court's Text Order, issued January 30, 2023 (Dkt. 69). The Second Circuit has not issued its decision on the appeal of this Court's Decision and Order (Dkt. 52).

Respectfully submitted,

Phillips Lytle LLP

By  *[signature]*

Nicolas J. Rotsko

cc:   Counsel of record (via CMECF)