UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JIMMIE HARDAWAY, JR., et al.,

                    Plaintiffs,

    v.

STEVEN A. NIGRELLI, et al.,

                    Defendants.

**NOTICE OF CHANGE OF ADDRESS**

Case No.: 1:22-cv-771-JLS

      COMES NOW Nicolas J. Rotsko, and hereby amends his appearance for Plaintiffs, Jimmie Hardaway, Jr., Larry A Boyd, Firearms Policy Coalition, Inc, and Second Amendment Foundation as follows:

    Nicolas J. Rotsko, Esq.
    **Fluet**
    1751 Pinnacle Drive, Suite 1000
    Tysons, VA 22102
    T: (703) 590-1234
    F: 703-590-0366
    nrotsko@fluet.law
    e-file@fluet.law

Date:  February 21, 2024

Respectfully Submitted,

*/s/ Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.
**Fluet**
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102
T: (703) 590-1234
F: (703) 590-0366
nrotsko@fluet.law
e-file@fluet.law

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 21, 2024, I electronically filed a copy of the foregoing with the Clerk of Court using the Court's CM/ECF system, which will transmit a true and correct copy of the same to all Counsel of Record.

*/s/ Nicolas J. Rotsko*
Nicolas J. Rotsko, Esq.
