AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| JIMMIE HARDAWAY, JR., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00771-JLS |
| KEVIN P. BRUEN, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

BRIAN D. SEAMAN, in his official capacity as District Attorney for the County of Niagara, New York.

Date: 02/28/2024

s/Elisha D. Teibel
*Attorney's signature*

Elisha D. Teibel, Esq. / NYS Bar No. 5768593
*Printed name and bar number*

GIBSON, McASKILL & CROSBY, LLP
69 Delaware Avenue, Suite 900
Buffalo, New York  14202
*Address*

eteibel@gmclaw.com
*E-mail address*

(716) 856-4200
*Telephone number*

(716) 856-4013
*FAX number*