Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| JIMMIE HARDAWAY, JR., ET AL | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 22-CV-771 |
| v. | |
| BRIAN D. SEAMAN, ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice, in accordance with the terms and conditions of Stipulation and Order, signed on April 15, 2024 (Dkt. 88).

Date: September 4, 2024         MARY C. LOEWENGUTH
                                CLERK OF COURT

                                By: s/ Colin J.
                                    Deputy Clerk